NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3327

BRUCE W. PATTON,

Petitioner,

v.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,

Respondent.

Petition for review of the Merit Systems Protection Board in DC0330080206-I-1.

ON MOTION

## O R D E R

Upon consideration of Bruce W. Patton's motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     Each side shall bear its own costs.

FOR THE COURT

FEB 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 13 2009

JAN HORBALY
CLERK

cc:     Christopher F. Attig, Esq.
        Jane W. Vanneman, Esq.

s8

ISSUED AS A MANDATE:   FEB 13 2009  _____